JS-6

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KEY'S TRUCKING, LLC, and KEIWIN BAPTISTE,<br><br>　　　　　　Defendants. | Case No. 8:24-cv-00652-FWS-ADS<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

On September 3, 2024, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendant Key's Trucking, LLC and Defendant Keiwin Baptiste (together, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of **$128,827.64**, which represents the sum of $115,248.00 in compensatory damages, $7,071.68 in prejudgment interest, $5,904.96 in attorney fees, and $603.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

DATED: September 3, 2024    _____
                             Hon. Fred W. Slaughter
                             UNITED STATES DISTRICT JUDGE

CC: FISCAL

1